# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7056 PA (AGRx) | Date | December 18, 2015 |
|---|---|---|---|
| Title | Domingo Albarran Jr., et al. v. City of Los Angeles | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         IN CHAMBERS

On September 4, 2015, plaintiffs Domingo Albarran Jr., Jesse Franco, Raymond Hoffman, Brian Labrie, Dale Robinson, Todd Sands, and Robert Stover III (collectively "Plaintiffs") filed this putative collective action on behalf of themselves and other similarly situated employees of defendant City of Los Angeles ("Defendant"). Plaintiffs served the Complaint on Defendant on September 18, 2015. Plaintiffs allege that Defendant has violated Section 7(a) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207(a).

Local Rule 23-3 provides that "[w]ithin 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995 . . . the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court." Under Local Rule 23-3, any motion for class certification should have been filed no later than December 17, 2015. Plaintiffs have not filed a motion for class certification of the FLSA claim despite the fact that the original Complaint was served and has been pending in the Central District for more than 90 days. Nor have Plaintiffs sought leave of the Court for an extension of time to file a motion for class certification prior to the expiration of the time within which to timely file such a motion. Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing why the class action allegations of the FLSA claim should not be stricken for failure to timely file a motion for class certification.

Plaintiffs' response to the order to show cause shall be filed by December 28, 2015. Defendant's response, if any, shall be filed by January 11, 2016. Neither party's response shall exceed 15 pages.

IT IS SO ORDERED.

:

Initials of Preparer