JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO ALBARRAN, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | CV 15-7056 PA (AGRx) <br><br> JUDGMENT OF DISMISSAL |

Pursuant to the Court's July 25, 2016 Minute Order granting the Joint Motion to Approve Settlement Agreement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: July 25, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE